Certificate Number: 03088-PAE-DE-037046319

Bankruptcy Case Number: 18-16657



03088-PAE-DE-037046319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2022, at 6:09 o'clock PM CST, Martha D White completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 15, 2022             By:    /s/Anita Padilla

                                      Name:  Anita Padilla

                                      Title: Counselor