**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Martha D. White | : | Chapter 13 |
| | : | Case No.: 18-16657 |
|    Debtor(s) | : | |

**PRAECIPE TO CHANGE DEBTOR(S) ADDRESS**

TO THE CLERK:

Kindly mark the above captioned Debtor's <u>mailing address</u> as follows:

3006 Stonebridge Boulevard New Castle, DE 19720

Dated:  December 20, 2022              */s/ Brad J. Sadek*
                                                                                  Brad J. Sadek, Esquire
                                                                                 Counsel for Debtor(s)